# First District Court of Appeal
## State of Florida

_____

No. 1D17-207

_____

MALIK GREEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

March 21, 2018

PER CURIAM.

AFFIRMED.

ROWE, RAY, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and M. J. Lord, Assistant Public Defender, Tallahassee; and Malik Green, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.